Decided February 10, 2000

FLORENCE CUSANO, EXECUTRIX (ESTATE OF RICHARD CUSANO) *v.* BURGUNDY CHEVROLET, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 55 Conn. App. 655 (AC 18212), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Daniel P. Scapellati, Paul D. Meade* and *Lawrence L. Connelli*, in support of the petition.

*Michael J. Walsh,* in opposition.

Decided February 10, 2000